**Order entered September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00805-CV**

**IN RE JAMES T. DANIEL AND KRISTI D. DANIEL, Relators**

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52305-2021**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Before the Court is relators' September 16, 2021 petition for writ of mandamus. The appendix attached to the petition contains unredacted sensitive information, including the minors' names. We **STRIKE** the petition and grant relators leave to re-file a petition that complies with rule 9.9 of the Texas Rules of Appellate Procedure on or before **September 24, 2021**. We **CAUTION** relators that failure to re-file the petition as permitted by this order may result in the dismissal of this cause without further notice.

/s/ DAVID J. SCHENCK
JUSTICE